| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number *(if known)* _____ | Chapter | **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **26088 Duval LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-3901914** |

| | | Principal place of business | Mailing address, if different from principal place of business |
|---|---|---|---|
| 4. | **Debtor's address** | **5150 El Camino Real, Suite E-20** **Los Altos, CA 94022** Number, Street, City, State & ZIP Code | _____ P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Santa Clara** County | **Location of principal assets, if different from principal place of business** **5150 El Camino Real, Suite E-20 Los Altos, CA 94022** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **N/A** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

| Debtor | **26088 Duval LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5313__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Case: 20-51410   Doc# 1   Filed: 09/22/20   Entered: 09/22/20 11:38:44   Page 2 of 10

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 2

| Debtor | 26088 Duval LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.  Insurance agency _____
   Contact name _____
   Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 3

| Debtor | 26088 Duval LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 22, 2020**
MM / DD / YYYY

**X** **/s/ Vahe Tashjian**                          **Vahe Tashjian**
Signature of authorized representative of debtor    Printed name

Title  **Managing Member**

---

**18. Signature of attorney**

**X** **/s/ E. Vincent Wood**                      Date **September 22, 2020**
Signature of attorney for debtor                    MM / DD / YYYY

**E. Vincent Wood**
Printed name

**The Law Offices of E. Vincent Wood**
Firm name

**1501 N. Broadway, Suite 261**
**Walnut Creek, CA 94596**
Number, Street, City, State & ZIP Code

Contact phone **(925) 278-6680**     Email address **vince@woodbk.com**

**297132 CA**
Bar number and State

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| CKL Construction, Inc<br>941 West Hedding Street<br>San Jose, CA 95126 | | | | $14,060.75 | $0.00 | $14,060.75 |
| Family Trust of Farshad Shakib and Sepid<br>200 San Mateo Drive<br>Menlo Park, CA 94025 | | | | $526,620.34 | $0.00 | $526,620.34 |
| Flower's Painting<br>703 Skinner Street<br>Soledad, CA 93960 | | | | | | $7,940.00 |
| Galante Brothers, Inc.<br>P.O. Box 41490<br>San Jose, CA 95160 | | | | $106,426.47 | $0.00 | $106,426.47 |
| Lea & Braze Engineering, Inc.<br>2495 Industrial Parkway West<br>Hayward, CA 94545 | | | | | | $3,629.75 |
| Nexgen Builders, Inc.<br>225 Demeter Street<br>Palo Alto, CA 94303 | | | | $251,157.59 | $0.00 | $251,157.59 |
| PG&E<br>BOX 997300<br>Sacramento, CA 95899-7300 | | | | | | $115.34 |
| Purissima Hills Water District<br>26375 Fremont Rd.<br>Los Altos, CA 94022-2624 | | | | | | $1,340.48 |

| Debtor | 26088 Duval LLC | Case number *(if known)* | |
|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| RealtyShares 365, LLC<br>c/o Assure<br>6510 Millrock Drive #400<br>Salt Lake City, UT 84121 | | | | | | $915,630.59 |
| Silicon Valley Soil Engineering<br>2391 Zanker Road, Suite 350<br>San Jose, CA 95131 | | | | | | $875.00 |
| The Cavallino Fund, LLC<br>c/o Hamilton Ridge<br>111 North Market Street, Suite 300<br>San Jose, CA 95113 | | | | $4,050,060.60 | $0.00 | $4,050,060.60 |
| Top Rock, Inc<br>PO Box 2348<br>Hollister, CA 95024 | | | | $69,596.62 | $0.00 | $69,596.62 |

California TD Specialists
Attn: Teri Snyder
8190 East Kaiser Blvd.
Anaheim Hills, CA 92808


CKL Construction, Inc
941 West Hedding Street
San Jose, CA 95126


Family Trust of Farshad Shakib and Sepid
200 San Mateo Drive
Menlo Park, CA 94025


Flower's Painting
703 Skinner Street
Soledad, CA 93960


Galante Brothers, Inc.
P.O. Box 41490
San Jose, CA 95160


Lea & Braze Engineering, Inc.
2495 Industrial Parkway West
Hayward, CA 94545


Nexgen Builders, Inc.
225 Demeter Street
Palo Alto, CA 94303


PG&E
BOX 997300
Sacramento, CA 95899-7300

Purissima Hills Water District
26375 Fremont Rd.
Los Altos, CA 94022-2624


RealtyShares 365, LLC
c/o Assure
6510 Millrock Drive #400
Salt Lake City, UT 84121


Silicon Valley Soil Engineering
2391 Zanker Road, Suite 350
San Jose, CA 95131


The Cavallino Fund, LLC
c/o Hamilton Ridge
111 North Market Street, Suite 300
San Jose, CA 95113


Top Rock, Inc
PO Box 2348
Hollister, CA 95024

# United States Bankruptcy Court
## Northern District of California

In re  **26088 Duval LLC**                                    Case No.
                    Debtor(s)                                 Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **26088 Duval LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Dutchints Development LLC**
**1226 Phyllis Ave**
**Mountain View, CA 94040**

☐ None [*Check if applicable*]

| | |
|---|---|
| **September 22, 2020** | **/s/ E. Vincent Wood** |
| Date | **E. Vincent Wood** |
| | Signature of Attorney or Litigant |
| | Counsel for   **26088 Duval LLC** |
| | **The Law Offices of E. Vincent Wood** |
| | **1501 N. Broadway, Suite 261** |
| | **Walnut Creek, CA 94596** |
| | **(925) 278-6680 Fax:(925) 955-1655** |
| | **vince@woodbk.com** |

# WRITTEN CONSENT
# OF THE REQUISITE MEMBERS OF
# 26088 DUVAL LLC,
# a California limited liability company

## As of September 21, 2020

The undersigned, being the member (the "**Member**") of 26088 Duval LLC, a California limited liability company (the "**Company**"), holding one hundred percent (100%) of the company percentage interests, does hereby consent by this writing to take the following actions, adopt the following resolutions, and transact the following business of the Company pursuant to Section 17704.07(n)(1) of the California Corporations Code.

**WHEREAS,** the Member has determined that it is in the best interest of the Company to file a voluntary petition under Chapter 11 of the United States Bankruptcy Code.

**NOW, THEREFORE, BE IT RESOLVED,** that the Company is authorized to file a voluntary petition under Chapter 11 of the United States Bankruptcy Code;

**RESOLVED FURTHER,** that Vahe Tashjian (the "**Authorized Person**"), as the manager of Dutchints Development LLC, the holder of one hundred percent (100%) of the company percentage interests, acting alone, be, and hereby is, authorized and directed on behalf of the Company to execute and deliver such documentation required to file a voluntary petition under Chapter 11 of the United States Bankruptcy Code, in the Authorized Person's sole discretion, each in a form that is approved by the Members, such approval to be conclusively evidenced by the Authorized Person's signature thereon; and

**FINALLY RESOLVED,** that that all prior acts of the Authorized Person or any other member or manager of the Company or any other authorized persons with regard to the foregoing, are hereby ratified and approved.

This Written consent may be signed in one or more counterparts. A signature by facsimile shall be deemed to be an original signature. This Written Consent is executed effective as of the date first set forth above.

**MEMBERS:**

Dutchints Development LLC, a California limited liability company

By: _____/s/ Vahe_____
Vahe Tashjian, Manager